# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 78128

**FILED**

FEB 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of habeas corpus. We decline to exercise our original jurisdiction in this matter. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court."); *see also Zobrist v. Sheriff, Carson City*, 96 Nev. 625, 626, 614 P.2d 538, 539 (1980) (indicating this court has discretion to decide whether to entertain an original petition for a writ of habeas corpus and that such petitions raising questions of fact should be considered "by a tribunal equipped to handle that task"). Accordingly, without reaching the merit of any claims raised, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

19-08546

cc: Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A